**EXHIBIT 2**

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com

Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY

12 OCT 27 PM 9: 40

FILED
BY M Mejia , DEP.

ORIGINAL

## SUPERIOR COURT OF ARIZONA

### MARICOPA COUNTY

ERNEST JOSEPH ATENCIO, surviving father of Ernest Marty Atencio, individually and on behalf of the following statutory beneficiaries of Ernest Marty Atencio: Rosemary Atencio, surviving mother of Ernest Marty Atencio; Joshua Atencio, surviving son of Ernest Marty Atencio; Joseph Atencio, surviving son of Ernest Marty Atencio; M.A., a minor and surviving son of Ernest Marty Atencio; and MICHAEL ATENCIO, Personal Representative of the Estate of Ernest Marty Atencio; and ROSEMARY ATENCIO, individually; JOSHUA ATENCIO, individually; JOSEPH ATENCIO, individually; and M.A., through his Next Friend, Eric Atencio,

Plaintiffs,

v.

SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY, a public entity; JAIME CARRASCO and JANE DOE CARRASCO, husband and wife; ADRIAN DOMINGUEZ and JANE DOE DOMINGUEZ, husband and wife; CHRISTOPHER FOSTER and JANE DOE FOSTER, husband and wife; ANTHONY HATTON and JANE DOE HATTON, husband and wife; CRAIG KAISER and JANE DOE KAISER, husband and wife; ANTHONY SCHEFFNER and JANE DOE SCHEFFNER, husband and wife; JOSE VAZQUEZ and JANE DOE VAZQUEZ, husband and wife; JASON WEIERS and JANE DOE WEIERS, husband

NO. CV2012 016047

**SUMMONS**

If you would like legal advice from a lawyer, contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137491.1DD02

and wife; IAN CRANMER and JANE DOE CRANMER, husband and wife; WILLIAM MCLEAN and JANE DOE MCLEAN, husband and wife; MONICA SCARPATI and JOHN DOE SCARPATI, wife and husband; CITY OF PHOENIX, a public entity; PATRICK HANLON and JANE DOE HANLON, husband and wife; NICHOLAS FRENCH and JANE DOE FRENCH, husband and wife.

Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

IAN CRANMER

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 2 3 2012

SIGNED AND SEALED this date:

**MICHAEL K. JEANES, CLERK**

Clerk of the Superior Court

By: _____

Deputy Clerk

M. De La Cruz
Deputy Clerk

3

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com

Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY

12 OCT 27 PH 9: 40

ORIGINAL

FILED
BY M. Mejia , DEP.

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| ERNEST JOSEPH ATENCIO, surviving father of Ernest Marty Atencio, individually and on behalf of the following statutory beneficiaries of Ernest Marty Atencio: Rosemary Atencio, surviving mother of Ernest Marty Atencio; Joshua Atencio, surviving son of Ernest Marty Atencio; Joseph Atencio, surviving son of Ernest Marty Atencio; M.A., a minor and surviving son of Ernest Marty Atencio; and MICHAEL ATENCIO, Personal Representative of the Estate of Ernest Marty Atencio; and ROSEMARY ATENCIO, individually; JOSHUA ATENCIO, individually; JOSEPH ATENCIO, individually; and M.A., through his Next Friend, Eric Atencio, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY, a public entity; JAIME CARRASCO and JANE DOE CARRASCO, husband and wife; ADRIAN DOMINGUEZ and JANE DOE DOMINGUEZ, husband and wife; CHRISTOPHER FOSTER and JANE DOE FOSTER, husband and wife; ANTHONY HATTON and JANE DOE HATTON, husband and wife; CRAIG KAISER and JANE DOE KAISER, husband and wife; ANTHONY SCHEFFNER and JANE DOE SCHEFFNER, husband and wife; JOSE VAZQUEZ and JANE DOE VAZQUEZ, husband and wife; JASON WEIERS and JANE DOE WEIERS, husband | NO. CV2012 016047 <br><br> **SUMMONS** <br><br><br><br><br><br> If you would like legal advice from a lawyer, contact the Lawyer Referral Service at <br><br> **602-257-4434** <br> or <br> **www.lawyerfinders.org.** <br><br> Sponsored by the Maricopa County Bar Association |

DB04/0832418.0002/7137512.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

MONICA SCARPATI

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT **23** 2012

SIGNED AND SEALED this date:



MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk

M. De La Cruz
Deputy Clerk

DB04/0832418.0002/7137512.1DD02

1  Michael C. Manning (#016255)
   Larry J. Wulkan (#021401)
2  **STINSON MORRISON HECKER LLP**
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
4  Fax: (602) 240-6925
   Email: mmanning@stinson.com
5  Email: lwulkan@stinson.com

6  Attorneys for Plaintiffs

7

8                    **SUPERIOR COURT OF ARIZONA**

9                         **MARICOPA COUNTY**

   ERNEST JOSEPH ATENCIO, surviving          NO.    CV2012 016047
10 father of Ernest Marty Atencio, individually
   and on behalf of the following statutory       **SUMMONS**
11 beneficiaries of Ernest Marty Atencio:
   Rosemary Atencio, surviving mother of
12 Ernest Marty Atencio; Joshua Atencio,
   surviving son of Ernest Marty Atencio;
13 Joseph Atencio, surviving son of Ernest
   Marty Atencio; M.A., a minor and surviving
14 son of Ernest Marty Atencio; and MICHAEL
   ATENCIO, Personal Representative of the
15 Estate of Ernest Marty Atencio; and
   ROSEMARY ATENCIO, individually;
16 JOSHUA ATENCIO, individually; JOSEPH
   ATENCIO, individually; and
17  M.A., through his Next Friend, Eric Atencio,

18                Plaintiffs,

19 v.

20 SHERIFF JOSEPH ARPAIO and AVA
   ARPAIO, husband and wife; MARICOPA
21 COUNTY, a public entity; JAIME
   CARRASCO and JANE DOE CARRASCO,
22 husband and wife; ADRIAN DOMINGUEZ
   and JANE DOE DOMINGUEZ, husband and
23 wife; CHRISTOPHER FOSTER and JANE
   DOE FOSTER, husband and wife;
24 ANTHONY HATTON and JANE DOE
   HATTON, husband and wife; CRAIG
25 KAISER and JANE DOE KAISER, husband
   and wife; ANTHONY SCHEFFNER and
26 JANE DOE SCHEFFNER, husband and wife;
   JOSE VAZQUEZ and JANE DOE
27 VAZQUEZ, husband and wife; JASON
   WEIERS and JANE DOE WEIERS, husband

28

ORIGINAL

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY

12 OCT 27 PM 9 39

FILED
BY M. Mejia, DEP.

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137502.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

WILLIAM MCLEAN

YOU ARE HEREBY SUMMONED and required to appear and defend within the time
applicable in this action in this Court. If served within Arizona, you shall appear and defend
within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
of service. If served out of the State of Arizona -- whether by direct service, by registered or
certified mail, or by publication -- you shall appear and defend within 30 days after the service
of the Summons and Complaint upon you is complete, exclusive of the day of service. Where
process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
service of legal process against it in this state, the insurer shall not be required to appear,
answer or plead until expiration of 40 days after date of such service upon the Director.
Service by registered or certified mail without the State of Arizona is complete 30 days after
the date of filing the receipt and affidavit of service with the Court. Service by publication is
complete 30 days after the date of first publication. Direct service is complete when made.
Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the
Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-
222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
within the time applicable, judgment by default may be rendered against you for the relief
demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for
persons with disabilities must be made to the division assigned to the case by parties at least 3
judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
fee, within the time required, and you are required to serve a copy of any Answer or response
upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 2 3 2012
SIGNED AND SEALED this date:

## MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk



M. De La Cruz
Deputy Clerk

3

1  Michael C. Manning (#016255)
   Larry J. Wulkan (#021404)
2  **STINSON MORRISON HECKER LLP**
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
4  Fax: (602) 240-6925
   Email: mmanning@stinson.com
5  Email: lwulkan@stinson.com

6  Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY

'12 OCT 27 PM 9: 39

FILED
BY M. Mejia, DEP.

ORIGINAL

7
8                **SUPERIOR COURT OF ARIZONA**

9                **MARICOPA COUNTY**

   ERNEST JOSEPH ATENCIO, surviving         NO.  CV2012  016047
10 father of Ernest Marty Atencio, individually
   and on behalf of the following statutory    **SUMMONS**
11 beneficiaries of Ernest Marty Atencio:
   Rosemary Atencio, surviving mother of
12 Ernest Marty Atencio; Joshua Atencio,
   surviving son of Ernest Marty Atencio;
13 Joseph Atencio, surviving son of Ernest
   Marty Atencio; M.A., a minor and surviving
14 son of Ernest Marty Atencio; and MICHAEL
   ATENCIO, Personal Representative of the
15 Estate of Ernest Marty Atencio; and
   ROSEMARY ATENCIO, individually;
16 JOSHUA ATENCIO, individually;
   JOSEPH ATENCIO, individually; and
17 M.A., through his Next Friend, Eric Atencio,

18               Plaintiffs,

19 v.

20 SHERIFF JOSEPH ARPAIO and AVA
   ARPAIO, husband and wife; MARICOPA
21 COUNTY, a public entity; JAIME
   CARRASCO and JANE DOE CARRASCO,
22 husband and wife; ADRIAN DOMINGUEZ
   and JANE DOE DOMINGUEZ, husband and
23 wife; CHRISTOPHER FOSTER and JANE
   DOE FOSTER, husband and wife;
24 ANTHONY HATTON and JANE DOE
   HATTON, husband and wife; CRAIG
25 KAISER and JANE DOE KAISER, husband
   and wife; ANTHONY SCHEFFNER and
26 JANE DOE SCHEFFNER, husband and wife;
   JOSE VAZQUEZ and JANE DOE
27 VAZQUEZ, husband and wife; JASON
   WEIERS and JANE DOE WEIERS, husband

28

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137507.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

JANE DOE MCLEAN

YOU ARE HEREBY SUMMONED and required to appear and defend within the time
applicable in this action in this Court. If served within Arizona, you shall appear and defend
within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
of service. If served out of the State of Arizona -- whether by direct service, by registered or
certified mail, or by publication -- you shall appear and defend within 30 days after the service
of the Summons and Complaint upon you is complete, exclusive of the day of service. Where
process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
service of legal process against it in this state, the insurer shall not be required to appear,
answer or plead until expiration of 40 days after date of such service upon the Director.
Service by registered or certified mail without the State of Arizona is complete 30 days after
the date of filing the receipt and affidavit of service with the Court. Service by publication is
complete 30 days after the date of first publication. Direct service is complete when made.
Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the
Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-
222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
within the time applicable, judgment by default may be rendered against you for the relief
demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for
persons with disabilities must be made to the division assigned to the case by parties at least 3
judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
fee, within the time required, and you are required to serve a copy of any Answer or response
upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 23 2012

SIGNED AND SEALED this date:



MICHAEL K. JEANES, CLERK
Clerk of the Superior Court

By: _____
    Deputy Clerk

M. De La Cruz
Deputy Clerk

3

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com

Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
BY:        DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

**12 OCT 25 AM II: 14**

**FILED**

BY A. WILLIAMS, DEP

## ORIGINAL

### SUPERIOR COURT OF ARIZONA

### MARICOPA COUNTY

ERNEST JOSEPH ATENCIO, surviving father of Ernest Marty Atencio, individually and on behalf of the following statutory beneficiaries of Ernest Marty Atencio: Rosemary Atencio, surviving mother of Ernest Marty Atencio; Joshua Atencio, surviving son of Ernest Marty Atencio; Joseph Atencio, surviving son of Ernest Marty Atencio; M.A., a minor and surviving son of Ernest Marty Atencio; and MICHAEL ATENCIO, Personal Representative of the Estate of Ernest Marty Atencio; and ROSEMARY ATENCIO, individually; JOSHUA ATENCIO, individually; JOSEPH ATENCIO, individually; and M.A., through his Next Friend, Eric Atencio,

Plaintiffs,

v.

SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY, a public entity; JAIME CARRASCO and JANE DOE CARRASCO, husband and wife; ADRIAN DOMINGUEZ and JANE DOE DOMINGUEZ, husband and wife; CHRISTOPHER FOSTER and JANE DOE FOSTER, husband and wife; ANTHONY HATTON and JANE DOE HATTON, husband and wife; CRAIG KAISER and JANE DOE KAISER, husband and wife; ANTHONY SCHEFFNER and JANE DOE SCHEFFNER, husband and wife; JOSE VAZQUEZ and JANE DOE VAZQUEZ, husband and wife; JASON WEIERS and JANE DOE WEIERS, husband

NO.

SUMMONS CV 2012  016047

If you would like legal advice from a lawyer, contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137416.1DD02

| | |
|---|---|
| 1 | and wife; IAN CRANMER and JANE DOE |
| 2 | CRANMER, husband and wife; WILLIAM MCLEAN and JANE DOE MCLEAN, |
| 3 | husband and wife; MONICA SCARPATI and JOHN DOE SCARPATI, wife and husband; |
| 4 | CITY OF PHOENIX, a public entity; PATRICK HANLON and JANE DOE |
| 5 | HANLON, husband and wife; NICHOLAS FRENCH and JANE DOE FRENCH, |
| 6 | husband and wife. |
| 7 | Defendants. |

THE STATE OF ARIZONA TO THE DEFENDANT:

ANTHONY SCHEFFNER

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

SIGNED AND SEALED this date: OCT. 2 3 2012

MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk

M. De La Cruz
Deputy Clerk

3

MICHAEL K. JEANES, CLERK
BY DEP.
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM II: 1[

FILED

BY A. WILLIAMS, DEF

1 | Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
2 | **STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
3 | Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
4 | Fax: (602) 240-6925
Email: mmanning@stinson.com
5 | Email: lwulkan@stinson.com

**ORIGINAL**

6 | Attorneys for Plaintiffs

7 |

8 | **SUPERIOR COURT OF ARIZONA**

**MARICOPA COUNTY**

9 | ERNEST JOSEPH ATENCIO, surviving
10 | father of Ernest Marty Atencio, individually
and on behalf of the following statutory
11 | beneficiaries of Ernest Marty Atencio:
Rosemary Atencio, surviving mother of
12 | Ernest Marty Atencio; Joshua Atencio,
surviving son of Ernest Marty Atencio;
13 | Joseph Atencio, surviving son of Ernest
Marty Atencio; M.A., a minor and surviving
14 | son of Ernest Marty Atencio; and MICHAEL
ATENCIO, Personal Representative of the
15 | Estate of Ernest Marty Atencio; and
ROSEMARY ATENCIO, individually;
16 | JOSHUA ATENCIO, individually; JOSEPH
ATENCIO, individually; and
17 | M.A., through his Next Friend, Eric Atencio,

18 | Plaintiffs,

19 | v.

20 | SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife; MARICOPA
21 | COUNTY, a public entity; JAIME
CARRASCO and JANE DOE CARRASCO,
22 | husband and wife; ADRIAN DOMINGUEZ
and JANE DOE DOMINGUEZ, husband and
23 | wife; CHRISTOPHER FOSTER and JANE
DOE FOSTER, husband and wife;
24 | ANTHONY HATTON and JANE DOE
HATTON, husband and wife; CRAIG
25 | KAISER and JANE DOE KAISER, husband
and wife; ANTHONY SCHEFFNER and
26 | JANE DOE SCHEFFNER, husband and wife;
JOSE VAZQUEZ and JANE DOE
27 | VAZQUEZ, husband and wife; JASON
WEIERS and JANE DOE WEIERS, husband
28 |

NO. CV2012 016047

SUMMONS

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137344.1DD02

```
1  and wife; IAN CRANMER and JANE DOE
   CRANMER, husband and wife; WILLIAM
2  MCLEAN and JANE DOE MCLEAN,
   husband and wife; MONICA SCARPATI and
3  JOHN DOE SCARPATI, wife and husband;
   CITY OF PHOENIX, a public entity;
4  PATRICK HANLON and JANE DOE
   HANLON, husband and wife; NICHOLAS
5  FRENCH and JANE DOE FRENCH,
   husband and wife.
6
7                       Defendants.
```

8 THE STATE OF ARIZONA TO THE DEFENDANT:

9

10     MARICOPA COUNTY

11     YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

19     YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

21     YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

23     YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

DB04/0832418.0002/7137344.1DD02

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT **2 3** 2012
SIGNED AND SEALED this date:



MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk

M. De La Cruz
Deputy Clerk

3

MICHAEL K. JEANES, CLERK
BY~ · ··· · · DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 10

FILED

BY A. WILLIAMS, DEP

1 | Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
2 | STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
3 | Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
4 | Fax: (602) 240-6925
Email: mmanning@stinson.com
5 | Email: lwulkan@stinson.com

6 | Attorneys for Plaintiffs

7 | **ORIGINAL**

**SUPERIOR COURT OF ARIZONA**

8 | **MARICOPA COUNTY**

9 |
10 | ERNEST JOSEPH ATENCIO, surviving father of Ernest Marty Atencio, individually and on behalf of the following statutory
11 | beneficiaries of Ernest Marty Atencio: Rosemary Atencio, surviving mother of
12 | Ernest Marty Atencio; Joshua Atencio, surviving son of Ernest Marty Atencio;
13 | Joseph Atencio, surviving son of Ernest Marty Atencio; M.A., a minor and surviving
14 | son of Ernest Marty Atencio; and MICHAEL ATENCIO, Personal Representative of the
15 | Estate of Ernest Marty Atencio; and ROSEMARY ATENCIO, individually;
16 | JOSHUA ATENCIO, individually; JOSEPH ATENCIO, individually; and
17 | M.A., through his Next Friend, Eric Atencio,

18 | Plaintiffs,

19 | v.

20 | SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA
21 | COUNTY, a public entity; JAIME CARRASCO and JANE DOE CARRASCO,
22 | husband and wife; ADRIAN DOMINGUEZ and JANE DOE DOMINGUEZ, husband and
23 | wife; CHRISTOPHER FOSTER and JANE DOE FOSTER, husband and wife;
24 | ANTHONY HATTON and JANE DOE HATTON, husband and wife; CRAIG
25 | KAISER and JANE DOE KAISER, husband and wife; ANTHONY SCHEFFNER and
26 | JANE DOE SCHEFFNER, husband and wife; JOSE VAZQUEZ and JANE DOE
27 | VAZQUEZ, husband and wife; JASON WEIERS and JANE DOE WEIERS, husband
28 |

NO. CV2012 016047

**SUMMONS**

If you would like legal advice from a lawyer, contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137379.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

ADRIAN DOMINGUEZ

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 23 2012

SIGNED AND SEALED this date:



MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____   M. De La Cruz
Deputy Clerk                  Deputy Clerk

3

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com

Attorneys for Plaintiffs

ORIGINAL

MICHAEL K. JEANES, CLERK
BY                          DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25  AM 11: 10

FILED

BY A. WILLIAMS, DEP

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, individually
and on behalf of the following statutory
beneficiaries of Ernest Marty Atencio:
Rosemary Atencio, surviving mother of
Ernest Marty Atencio; Joshua Atencio,
surviving son of Ernest Marty Atencio;
Joseph Atencio, surviving son of Ernest
Marty Atencio; M.A., a minor and surviving
son of Ernest Marty Atencio; and MICHAEL
ATENCIO, Personal Representative of the
Estate of Ernest Marty Atencio; and
ROSEMARY ATENCIO, individually;
JOSHUA ATENCIO, individually; JOSEPH
ATENCIO, individually; and
M.A., through his Next Friend, Eric Atencio,

Plaintiffs,

v.

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife; MARICOPA
COUNTY, a public entity; JAIME
CARRASCO and JANE DOE CARRASCO,
husband and wife; ADRIAN DOMINGUEZ
and JANE DOE DOMINGUEZ, husband and
wife; CHRISTOPHER FOSTER and JANE
DOE FOSTER, husband and wife;
ANTHONY HATTON and JANE DOE
HATTON, husband and wife; CRAIG
KAISER and JANE DOE KAISER, husband
and wife; ANTHONY SCHEFFNER and
JANE DOE SCHEFFNER, husband and wife;
JOSE VAZQUEZ and JANE DOE
VAZQUEZ, husband and wife; JASON
WEIERS and JANE DOE WEIERS, husband

NO.   CV2012 016047

SUMMONS

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

602-257-4434
or
www.lawyerfinders.org.

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137374.1DD02

1 and wife; IAN CRANMER and JANE DOE
  CRANMER, husband and wife; WILLIAM
2 MCLEAN and JANE DOE MCLEAN,
  husband and wife; MONICA SCARPATI and
3 JOHN DOE SCARPATI, wife and husband;
  CITY OF PHOENIX, a public entity;
4 PATRICK HANLON and JANE DOE
  HANLON, husband and wife; NICHOLAS
5 FRENCH and JANE DOE FRENCH,
  husband and wife.
6
                    Defendants.
7

8 THE STATE OF ARIZONA TO THE DEFENDANT:

9     JAIME CARRASCO

10    YOU ARE HEREBY SUMMONED and required to appear and defend within the time
11 applicable in this action in this Court. If served within Arizona, you shall appear and defend
   within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
12 of service. If served out of the State of Arizona -- whether by direct service, by registered or
   certified mail, or by publication -- you shall appear and defend within 30 days after the service
13 of the Summons and Complaint upon you is complete, exclusive of the day of service. Where
   process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
14 service of legal process against it in this state, the insurer shall not be required to appear,
   answer or plead until expiration of 40 days after date of such service upon the Director.
15 Service by registered or certified mail without the State of Arizona is complete 30 days after
   the date of filing the receipt and affidavit of service with the Court. Service by publication is
16 complete 30 days after the date of first publication. Direct service is complete when made.
   Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the
17 Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-
   222, 28-502, 28-503.
18

19    YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
   within the time applicable, judgment by default may be rendered against you for the relief
20 demanded in the Complaint.

21    YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for
   persons with disabilities must be made to the division assigned to the case by parties at least 3
22 judicial days in advance of a scheduled court proceeding.

23    YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
   or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
24 fee, within the time required, and you are required to serve a copy of any Answer or response
   upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

25

26

27

28

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004



SIGNED AND SEALED this date: OCT 2 3 2012

MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk

M. De La Cruz
Deputy Clerk

3

1  Michael C. Manning (#016255)
   Larry J. Wulkan (#021404)
2  **STINSON MORRISON HECKER LLP**
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
4  Fax: (602) 240-6925
   Email: mmanning@stinson.com
5  Email: lwulkan@stinson.com

6  Attorneys for Plaintiffs

7

8

9

10

ORIGINAL

MICHAEL K. JEANES, CLERK
BY
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 11

FILED

BY A. WILLIAMS, DEP

**SUPERIOR COURT OF ARIZONA**

**MARICOPA COUNTY**

CV2012  016047

NO.

**SUMMONS**

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, individually
and on behalf of the following statutory
beneficiaries of Ernest Marty Atencio:
Rosemary Atencio, surviving mother of
Ernest Marty Atencio; Joshua Atencio,
surviving son of Ernest Marty Atencio;
Joseph Atencio, surviving son of Ernest
Marty Atencio; M.A., a minor and surviving
son of Ernest Marty Atencio; and MICHAEL
ATENCIO, Personal Representative of the
Estate of Ernest Marty Atencio; and
ROSEMARY ATENCIO, individually;
JOSHUA ATENCIO, individually; JOSEPH
ATENCIO, individually; and
M.A., through his Next Friend, Eric Atencio,

18          Plaintiffs,

19  v.

20  SHERIFF JOSEPH ARPAIO and AVA
    ARPAIO, husband and wife; MARICOPA
21  COUNTY, a public entity; JAIME
    CARRASCO and JANE DOE CARRASCO,
22  husband and wife; ADRIAN DOMINGUEZ
    and JANE DOE DOMINGUEZ, husband and
23  wife; CHRISTOPHER FOSTER and JANE
    DOE FOSTER, husband and wife;
24  ANTHONY HATTON and JANE DOE
    HATTON, husband and wife; CRAIG
25  KAISER and JANE DOE KAISER, husband
    and wife; ANTHONY SCHEFFNER and
26  JANE DOE SCHEFFNER, husband and wife;
    JOSE VAZQUEZ and JANE DOE
27  VAZQUEZ, husband and wife; JASON
    WEIERS and JANE DOE WEIERS, husband
28

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137340.1DD02

1 and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
2 MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
3 JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
4 PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
5 FRENCH and JANE DOE FRENCH,
husband and wife.
6
7                    Defendants.

8 THE STATE OF ARIZONA TO THE DEFENDANT:

9        AVA ARPAIO

10       YOU ARE HEREBY SUMMONED and required to appear and defend within the time
11 applicable in this action in this Court. If served within Arizona, you shall appear and defend
within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
12 of service. If served out of the State of Arizona -- whether by direct service, by registered or
certified mail, or by publication -- you shall appear and defend within 30 days after the service
13 of the Summons and Complaint upon you is complete, exclusive of the day of service. Where
process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
14 service of legal process against it in this state, the insurer shall not be required to appear,
answer or plead until expiration of 40 days after date of such service upon the Director.
15 Service by registered or certified mail without the State of Arizona is complete 30 days after
the date of filing the receipt and affidavit of service with the Court. Service by publication is
16 complete 30 days after the date of first publication. Direct service is complete when made.
Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the
17 Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-
222, 28-502, 28-503.
18

19       YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
within the time applicable, judgment by default may be rendered against you for the relief
20 demanded in the Complaint.

21       YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for
persons with disabilities must be made to the division assigned to the case by parties at least 3
22 judicial days in advance of a scheduled court proceeding.

23       YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
24 fee, within the time required, and you are required to serve a copy of any Answer or response
upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

25

26

27

28

                                   2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

SIGNED AND SEALED this date: OCT 2 3 2012



MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk

M. De La Cruz
Deputy Clerk

3

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com

Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
BY
, DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 1

FILED

BY A. WILLIAMS, DEP

ORIGINAL

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, individually
and on behalf of the following statutory
beneficiaries of Ernest Marty Atencio:
Rosemary Atencio, surviving mother of
Ernest Marty Atencio; Joshua Atencio,
surviving son of Ernest Marty Atencio;
Joseph Atencio, surviving son of Ernest
Marty Atencio; M.A., a minor and surviving
son of Ernest Marty Atencio; and MICHAEL
ATENCIO, Personal Representative of the
Estate of Ernest Marty Atencio; and
ROSEMARY ATENCIO, individually;
JOSHUA ATENCIO, individually; JOSEPH
ATENCIO, individually; and
M.A., through his Next Friend, Eric Atencio,

Plaintiffs,

v.

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife; MARICOPA
COUNTY, a public entity; JAIME
CARRASCO and JANE DOE CARRASCO,
husband and wife; ADRIAN DOMINGUEZ
and JANE DOE DOMINGUEZ, husband and
wife; CHRISTOPHER FOSTER and JANE
DOE FOSTER, husband and wife;
ANTHONY HATTON and JANE DOE
HATTON, husband and wife; CRAIG
KAISER and JANE DOE KAISER, husband
and wife; ANTHONY SCHEFFNER and
JANE DOE SCHEFFNER, husband and wife;
JOSE VAZQUEZ and JANE DOE
VAZQUEZ, husband and wife; JASON
WEIERS and JANE DOE WEIERS, husband

NO. CV2012 016047

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service a

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137326.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

                    Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

     SHERIFF JOSEPH ARPAIO

        YOU ARE HEREBY SUMMONED and required to appear and defend within the time
applicable in this action in this Court. If served within Arizona, you shall appear and defend
within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
of service. If served out of the State of Arizona -- whether by direct service, by registered or
certified mail, or by publication -- you shall appear and defend within 30 days after the service
of the Summons and Complaint upon you is complete, exclusive of the day of service. Where
process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
service of legal process against it in this state, the insurer shall not be required to appear,
answer or plead until expiration of 40 days after date of such service upon the Director.
Service by registered or certified mail without the State of Arizona is complete 30 days after
the date of filing the receipt and affidavit of service with the Court. Service by publication is
complete 30 days after the date of first publication. Direct service is complete when made.
Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the
Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-
222, 28-502, 28-503.

        YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
within the time applicable, judgment by default may be rendered against you for the relief
demanded in the Complaint.

        YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for
persons with disabilities must be made to the division assigned to the case by parties at least 3
judicial days in advance of a scheduled court proceeding.

        YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
fee, within the time required, and you are required to serve a copy of any Answer or response
upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

SIGNED AND SEALED this date: OCT 2 3 2012

### MICHAEL K. JEANES, CLERK

Clerk of the Superior Court



By: _____
Deputy Clerk

M. De La Cruz
Deputy Clerk

3

1  Michael C. Manning (#016255)
   Larry J. Wulkan (#021404)
2  **STINSON MORRISON HECKER LLP**
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
4  Fax: (602) 240-6925
   Email: mmanning@stinson.com
5  Email: lwulkan@stinson.com
6  Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK.
BY                        DEP.
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25  AM II: II

FILED

BY A. WILLIAMS, DEP

ORIGINAL

7

8                  **SUPERIOR COURT OF ARIZONA**

9                      **MARICOPA COUNTY**

10  ERNEST JOSEPH ATENCIO, surviving
    father of Ernest Marty Atencio, individually
11  and on behalf of the following statutory
    beneficiaries of Ernest Marty Atencio:
12  Rosemary Atencio, surviving mother of
    Ernest Marty Atencio; Joshua Atencio,
13  surviving son of Ernest Marty Atencio;
    Joseph Atencio, surviving son of Ernest
14  Marty Atencio; M.A., a minor and surviving
    son of Ernest Marty Atencio; and MICHAEL
15  ATENCIO, Personal Representative of the
    Estate of Ernest Marty Atencio; and
16  ROSEMARY ATENCIO, individually;
    JOSHUA ATENCIO, individually; JOSEPH
17  ATENCIO, individually; and
    M.A., through his Next Friend, Eric Atencio,
18              Plaintiffs,
19  v.
20  SHERIFF JOSEPH ARPAIO and AVA
    ARPAIO, husband and wife; MARICOPA
21  COUNTY, a public entity; JAIME
    CARRASCO and JANE DOE CARRASCO,
22  husband and wife; ADRIAN DOMINGUEZ
    and JANE DOE DOMINGUEZ, husband and
23  wife; CHRISTOPHER FOSTER and JANE
    DOE FOSTER, husband and wife;
24  ANTHONY HATTON and JANE DOE
    HATTON, husband and wife; CRAIG
25  KAISER and JANE DOE KAISER, husband
    and wife; ANTHONY SCHEFFNER and
26  JANE DOE SCHEFFNER, husband and wife;
    JOSE VAZQUEZ and JANE DOE
27  VAZQUEZ, husband and wife; JASON
    WEIERS and JANE DOE WEIERS, husband
28

NO.  CV2012 016047

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137526.1DD02

| | |
|---|---|
| 1 | and wife; IAN CRANMER and JANE DOE |
| | CRANMER, husband and wife; WILLIAM |
| 2 | MCLEAN and JANE DOE MCLEAN, |
| | husband and wife; MONICA SCARPATI and |
| 3 | JOHN DOE SCARPATI, wife and husband; |
| | CITY OF PHOENIX, a public entity; |
| 4 | PATRICK HANLON and JANE DOE |
| | HANLON, husband and wife; NICHOLAS |
| 5 | FRENCH and JANE DOE FRENCH, |
| | husband and wife. |
| 6 | |
| 7 | Defendants. |

THE STATE OF ARIZONA TO THE DEFENDANT:

CITY OF PHOENIX

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 2 3 2012

SIGNED AND SEALED this date:



MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
        Deputy Clerk

M. De La Cruz
Deputy Clerk

3

DB04/0832418.0002/7137526.1DD02

MICHAEL K. JEANES, CLERK
BY
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11:11

FILED

BY A. WILLIAMS, DEP

1 Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
2 **STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
3 Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
4 Fax: (602) 240-6925
Email: mmanning@stinson.com
5 Email: lwulkan@stinson.com

ORIGINAL

6 Attorneys for Plaintiffs

7

8 **SUPERIOR COURT OF ARIZONA**

**MARICOPA COUNTY**

9

10 ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, individually
11 and on behalf of the following statutory
beneficiaries of Ernest Marty Atencio:
12 Rosemary Atencio, surviving mother of
Ernest Marty Atencio; Joshua Atencio,
13 surviving son of Ernest Marty Atencio;
Joseph Atencio, surviving son of Ernest
14 Marty Atencio; M.A., a minor and surviving
son of Ernest Marty Atencio; and MICHAEL
15 ATENCIO, Personal Representative of the
Estate of Ernest Marty Atencio; and
16 ROSEMARY ATENCIO, individually;
JOSHUA ATENCIO, individually; JOSEPH
17 ATENCIO, individually; and
M.A., through his Next Friend, Eric Atencio,

18                     Plaintiffs,

19 v.

20 SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife; MARICOPA
21 COUNTY, a public entity; JAIME
CARRASCO and JANE DOE CARRASCO,
22 husband and wife; ADRIAN DOMINGUEZ
and JANE DOE DOMINGUEZ, husband and
23 wife; CHRISTOPHER FOSTER and JANE
DOE FOSTER, husband and wife;
24 ANTHONY HATTON and JANE DOE
HATTON, husband and wife; CRAIG
25 KAISER and JANE DOE KAISER, husband
and wife; ANTHONY SCHEFFNER and
26 JANE DOE SCHEFFNER, husband and wife;
JOSE VAZQUEZ and JANE DOE
27 VAZQUEZ, husband and wife; JASON
WEIERS and JANE DOE WEIERS, husband

28

NO. CV2012 016047

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137436.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

JASON WEIERS

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

DB04/0832418.0002/7137436.1DD02

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004          OCT 2 3 2012

SIGNED AND SEALED this date:



MICHAEL K. JEANES, CLERK
Clerk of the Superior Court

By: _____
      Deputy Clerk          M. De La Cruz
                            Deputy Clerk

3

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com

Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
BY
DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM II: 1 .

FILED

BY A. WILLIAMS, DEP

ORIGINAL

**SUPERIOR COURT OF ARIZONA**

**MARICOPA COUNTY**

| | |
|---|---|
| ERNEST JOSEPH ATENCIO, surviving father of Ernest Marty Atencio, individually and on behalf of the following statutory beneficiaries of Ernest Marty Atencio: Rosemary Atencio, surviving mother of Ernest Marty Atencio; Joshua Atencio, surviving son of Ernest Marty Atencio; Joseph Atencio, surviving son of Ernest Marty Atencio; M.A., a minor and surviving son of Ernest Marty Atencio; and MICHAEL ATENCIO, Personal Representative of the Estate of Ernest Marty Atencio; and ROSEMARY ATENCIO, individually; JOSHUA ATENCIO, individually; JOSEPH ATENCIO, individually; and M.A., through his Next Friend, Eric Atencio, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY, a public entity; JAIME CARRASCO and JANE DOE CARRASCO, husband and wife; ADRIAN DOMINGUEZ and JANE DOE DOMINGUEZ, husband and wife; CHRISTOPHER FOSTER and JANE DOE FOSTER, husband and wife; ANTHONY HATTON and JANE DOE HATTON, husband and wife; CRAIG KAISER and JANE DOE KAISER, husband and wife; ANTHONY SCHEFFNER and JANE DOE SCHEFFNER, husband and wife; JOSE VAZQUEZ and JANE DOE VAZQUEZ, husband and wife; JASON WEIERS and JANE DOE WEIERS, husband | NO. CV2012 016047 <br><br> **SUMMONS** <br><br><br><br><br><br><br> If you would like legal advice from a lawyer contact the Lawyer Referral Service at <br><br> **602-257-4434** <br> or <br> **www.lawyerfindero.org.** <br><br> Sponsored by the <br> Maricopa County Bar Association |

| | |
|---|---|
| 1 | and wife; IAN CRANMER and JANE DOE |
| 2 | CRANMER, husband and wife; WILLIAM MCLEAN and JANE DOE MCLEAN, |
| 3 | husband and wife; MONICA SCARPATI and JOHN DOE SCARPATI, wife and husband; |
| 4 | CITY OF PHOENIX, a public entity; PATRICK HANLON and JANE DOE |
| 5 | HANLON, husband and wife; NICHOLAS FRENCH and JANE DOE FRENCH, |
| 6 | husband and wife. |
| 7 | Defendants. |

THE STATE OF ARIZONA TO THE DEFENDANT:

JOSE VAZQUEZ

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT **2 3** 2012

SIGNED AND SEALED this date:

MICHAEL K. JEANES, CLERK



Clerk of the Superior Court

By: _____  M. De La Cruz
                Deputy Clerk           Deputy Clerk

DB04/0832418.0002/7137422.1DD02

MICHAEL K. JEANES, CLERK
BY _____ DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM II: 10

FILED

BY A. WILLIAMS, DEP

1  Michael C. Manning (#016255)
   Larry J. Wulkan (#021404)
2  **STINSON MORRISON HECKER LLP**
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
4  Fax: (602) 240-6925
   Email: mmanning@stinson.com
5  Email: lwulkan@stinson.com

6  Attorneys for Plaintiffs

ORIGINAL

7

8  **SUPERIOR COURT OF ARIZONA**

   **MARICOPA COUNTY**

9

10 ERNEST JOSEPH ATENCIO, surviving
   father of Ernest Marty Atencio, individually
11 and on behalf of the following statutory
   beneficiaries of Ernest Marty Atencio:
12 Rosemary Atencio, surviving mother of
   Ernest Marty Atencio; Joshua Atencio,
13 surviving son of Ernest Marty Atencio;
   Joseph Atencio, surviving son of Ernest
14 Marty Atencio; M.A., a minor and surviving
   son of Ernest Marty Atencio; and MICHAEL
15 ATENCIO, Personal Representative of the
   Estate of Ernest Marty Atencio; and
16 ROSEMARY ATENCIO, individually;
   JOSHUA ATENCIO, individually; JOSEPH
17 ATENCIO, individually; and
   M.A., through his Next Friend, Eric Atencio,
18        Plaintiffs,

19 v.

20 SHERIFF JOSEPH ARPAIO and AVA
   ARPAIO, husband and wife; MARICOPA
21 COUNTY, a public entity; JAIME
   CARRASCO and JANE DOE CARRASCO,
22 husband and wife; ADRIAN DOMINGUEZ
   and JANE DOE DOMINGUEZ, husband and
23 wife; CHRISTOPHER FOSTER and JANE
   DOE FOSTER, husband and wife;
24 ANTHONY HATTON and JANE DOE
   HATTON, husband and wife; CRAIG
25 KAISER and JANE DOE KAISER, husband
   and wife; ANTHONY SCHEFFNER and
26 JANE DOE SCHEFFNER, husband and wife;
   JOSE VAZQUEZ and JANE DOE
27 VAZQUEZ, husband and wife; JASON
   WEIERS and JANE DOE WEIERS, husband

28

NO.  CV 2012 016047

SUMMONS

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137409.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

                    Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

    CRAIG KAISER

    YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

    YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

    YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

    YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 2 3 2012

SIGNED AND SEALED this date:



MICHAEL K. JEANES, **CLERK**

Clerk of the Superior Court

By: _____

Deputy Clerk

M. De La Cruz
Deputy Clerk

3

1 | Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
2 | STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
3 | Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
4 | Fax: (602) 240-6925
Email: mmanning@stinson.com
5 | Email: lwulkan@stinson.com

ORIGINAL

MICHAEL K. JEANES, CLERK
BY DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 10

FILED

BY A. WILLIAMS, DEP

6 | Attorneys for Plaintiffs

7

8 | **SUPERIOR COURT OF ARIZONA**

**MARICOPA COUNTY**

9

CV2012 016047

10 | ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, individually
11 | and on behalf of the following statutory
beneficiaries of Ernest Marty Atencio:
12 | Rosemary Atencio, surviving mother of
Ernest Marty Atencio; Joshua Atencio,
13 | surviving son of Ernest Marty Atencio;
Joseph Atencio, surviving son of Ernest
14 | Marty Atencio; M.A., a minor and surviving
son of Ernest Marty Atencio; and MICHAEL
15 | ATENCIO, Personal Representative of the
Estate of Ernest Marty Atencio; and
16 | ROSEMARY ATENCIO, individually;
JOSHUA ATENCIO, individually; JOSEPH
17 | ATENCIO, individually; and
M.A., through his Next Friend, Eric Atencio,

NO.

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

18 | Plaintiffs,

19 | v.

20 | SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife; MARICOPA
21 | COUNTY, a public entity; JAIME
CARRASCO and JANE DOE CARRASCO,
22 | husband and wife; ADRIAN DOMINGUEZ
and JANE DOE DOMINGUEZ, husband and
23 | wife; CHRISTOPHER FOSTER and JANE
DOE FOSTER, husband and wife;
24 | ANTHONY HATTON and JANE DOE
HATTON, husband and wife; CRAIG
25 | KAISER and JANE DOE KAISER, husband
and wife; ANTHONY SCHEFFNER and
26 | JANE DOE SCHEFFNER, husband and wife;
JOSE VAZQUEZ and JANE DOE
27 | VAZQUEZ, husband and wife; JASON
WEIERS and JANE DOE WEIERS, husband

28

DB04/0832418.0002/7137385.1DD02

and wife; IAN CRANMER and JANE DOE
CRANMER, husband and wife; WILLIAM
MCLEAN and JANE DOE MCLEAN,
husband and wife; MONICA SCARPATI and
JOHN DOE SCARPATI, wife and husband;
CITY OF PHOENIX, a public entity;
PATRICK HANLON and JANE DOE
HANLON, husband and wife; NICHOLAS
FRENCH and JANE DOE FRENCH,
husband and wife.

Defendants.

THE STATE OF ARIZONA TO THE DEFENDANT:

CHRISTOPHER FOSTER

YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 2 3 2012

SIGNED AND SEALED this date:



MICHAEL K. JEANES, CLERK
Clerk of the Superior Court

By: _____
Deputy Clerk

M. De La Cruz
Deputy Clerk

3

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com

**ORIGINAL**

Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
BY_____ DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 10

FILED

BY A. WILLIAMS, DEP

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

ERNEST JOSEPH ATENCIO, surviving father of Ernest Marty Atencio, individually and on behalf of the following statutory beneficiaries of Ernest Marty Atencio: Rosemary Atencio, surviving mother of Ernest Marty Atencio; Joshua Atencio, surviving son of Ernest Marty Atencio; Joseph Atencio, surviving son of Ernest Marty Atencio; M.A., a minor and surviving son of Ernest Marty Atencio; and MICHAEL ATENCIO, Personal Representative of the Estate of Ernest Marty Atencio; and ROSEMARY ATENCIO, individually; JOSHUA ATENCIO, individually; JOSEPH ATENCIO, individually; and M.A., through his Next Friend, Eric Atencio,

Plaintiffs,

v.

SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY, a public entity; JAIME CARRASCO and JANE DOE CARRASCO, husband and wife; ADRIAN DOMINGUEZ and JANE DOE DOMINGUEZ, husband and wife; CHRISTOPHER FOSTER and JANE DOE FOSTER, husband and wife; ANTHONY HATTON and JANE DOE HATTON, husband and wife; CRAIG KAISER and JANE DOE KAISER, husband and wife; ANTHONY SCHEFFNER and JANE DOE SCHEFFNER, husband and wife; JOSE VAZQUEZ and JANE DOE VAZQUEZ, husband and wife; JASON WEIERS and JANE DOE WEIERS, husband

NO. CV2012 016047

**SUMMONS**

If you would like legal advice from a lawyer, contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

DB04/0832418.0002/7137385.1DD02

1 | and wife; IAN CRANMER and JANE DOE
2 | CRANMER, husband and wife; WILLIAM
  | MCLEAN and JANE DOE MCLEAN,
3 | husband and wife; MONICA SCARPATI and
  | JOHN DOE SCARPATI, wife and husband;
4 | CITY OF PHOENIX, a public entity;
  | PATRICK HANLON and JANE DOE
5 | HANLON, husband and wife; NICHOLAS
  | FRENCH and JANE DOE FRENCH,
6 | husband and wife.

7 |                    Defendants.

8 | THE STATE OF ARIZONA TO THE DEFENDANT:

9 |      CHRISTOPHER FOSTER

10 |

11 |      YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz.R.Civ.R. 4; A.R.S. §§ 20-222, 28-502, 28-503.

19 |      YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

21 |      YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

23 |      YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. A.R.S. § 12-311; Ariz.R.Civ.P. 5.

2

The names and address of plaintiff's attorneys are:

Michael C. Manning
Larry J. Wulkan
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

OCT 2 3 2012

SIGNED AND SEALED this date:



__MICHAEL K. JEANES, CLERK__
Clerk of the Superior Court

By: _____
       Deputy Clerk

M. De La Cruz
Deputy Clerk

DB04/0832418.0002/7137385.1DD02

**R & R MESSENGERS and**
**PROCESS SERVERS**
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Email: rrmessengers1@qwestoffice.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY

12 OCT 27 PM 9: 40

FILED

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**    BY M. Mejia, DEP.

COUNTY OF MARICOPA

| ERNEST JOSEPH ATENCIO, et al., | | |
|---|---|---|
| | Plaintiff(s), | CASE NO: CV2012-016047 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | | CERTIFICATE OF SERVICE OF |
| | Defendant(s). | PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 10/25/2012, I received: **Summons; Certificate Regarding Compulsory Arbitration; Plaintiff's Complaint and Demand for Jury Trial** from **Michael C. Manning (#016255) of Stinson Morrison Hecker, LLP**

| | |
|---|---|
| Service Upon: | **Ian Cranmer** |
| Manner of Service: | c/o Lisa Timpauer, Maricopa County Correctional health Services Legal Liaison, in person, who is authorized to accept service on behalf of Ian Cranmer. |
| Location of Service: | **234 North Central Avenue, Ste. 500, Phoenix, AZ 85004** |
| Date of Service: | **October 26, 2012** |
| Time of Service: | **3:12 p.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : October 27, 2012

Invoice #61415.2

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles (m) | | 16.00 |
| Miles | | |
| Expedite | | 35.00 |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 75.00 |

**R & R MESSENGERS and**
**PROCESS SERVERS**
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Email: rrmessengers1@qwestoffice.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY

12 OCT 27 PM 9: 39

FILED
**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
BY _M Mejia_ . DEP.
COUNTY OF MARICOPA

| ERNEST JOSEPH ATENCIO, et al., | | |
|---|---|---|
| | Plaintiff(s), | CASE NO: CV2012-016047 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | | CERTIFICATE OF SERVICE OF |
| | Defendant(s). | PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 10/25/2012, I received: **Summons; Certificate Regarding Compulsory Arbitration; Plaintiff's Complaint and Demand for Jury Trial from Michael C. Manning (#016255) of Stinson Morrison Hecker, LLP**

| | |
|---|---|
| Service Upon: | **Bill McLean (William West McLean)** |
| Manner of Service: | **in person** |
| Location of Service: | **803 East Denim Trail, San Tan Valley, AZ 85143-6132** *(Residence)* |
| Date of Service: | **October 25, 2012** |
| Time of Service: | **8:02 p.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : October 27, 2012

Invoice #61415

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles (49) | | 117.60 |
| Miles | | |
| Expedite | | 35.00 |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 176.60 |

**R & R MESSENGERS and**
**PROCESS SERVERS**
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Email: rmessengers1@qwestoffice.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY.

12  OCT 27  PM 9: 40

FILED
BY _M. Mejia_, DEP.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF MARICOPA

| | | |
|---|---|---|
| ERNEST JOSEPH ATENCIO, et al., | Plaintiff(s), | CASE NO: CV2012-016047 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | Defendant(s). | CERTIFICATE OF SERVICE OF PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That 1 am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 10/25/2012, 1 received: **Summons; Certificate Regarding Compulsory Arbitration; Plaintiff's Complaint and Demand for Jury Trial from Michael C. Manning (#016255) of Stinson Morrison Hecker, LLP**

| | |
|---|---|
| Service Upon: | **Monica Scarpati** |
| Manner of Service: | c/o Lisa Timpauer, Maricopa County Correctional health Services Legal Liaison, in person, who is authorized to accept service on behalf of Monica Scarpati |
| Location of Service: | **234 North Central Avenue, Ste. 500, Phoenix, AZ 85004** |
| Date of Service: | **October 26, 2012** |
| Time of Service: | **3:12 p.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : October 27, 2012

Invoice #61415.3

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles | | |
| Miles | | |
| Miles | | |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 24.00 |

**R & R MESSENGERS and**
**PROCESS SERVERS**
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Email: rrmessengers1@qwestoffice.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #1
NIGHT DEPOSITORY

12  OCT 27  PM 9: 39

FILED
BY ___ Mejia ___, DEP.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF MARICOPA

| ERNEST JOSEPH ATENCIO, et al., | | |
|---|---|---|
| | Plaintiff(s), | CASE NO: CV2012-016047 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | | CERTIFICATE OF SERVICE OF |
| | Defendant(s). | PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 10/25/2012, I received: **Summons; Certificate Regarding Compulsory Arbitration; Plaintiff's Complaint and Demand for Jury Trial** from Michael C. Manning (#016255) of **Stinson Morrison Hecker, LLP**

| | |
|---|---|
| Service Upon: | **Jane Doe McLean, wife of Bill McLean (William West McLean)** |
| Manner of Service: | Her husband, Bill McLean (William West McLean), in person |
| Location of Service: | **803 East Denim Trail, San Tan Valley, AZ 85143-6132** *(Residence)* |
| Date of Service: | **October 25, 2012** |
| Time of Service: | **8:02 p.m.** |
| Marital Status: | *At the time of service, Mr. McLean acknowledged he is married but refused to divulged her true name. Mr. McLean was informed that his wife was being served as Jane Doe McLean, wife of Bill McLean (William West McLean).* |

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Sylvestra Reyes (Maricopa County, #4802)

Executed on : October 27, 2012

Invoice #61415.4

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles | | |
| Miles | | |
| Expedite | | |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 24.00 |

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

MICHAEL K. JEANES, CLERK
BY ___ DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 1

FILED
BY A. WILLIAMS, DEP

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ANTENCIO, surviving
Father of Ernest Marty Atencio, et al.,
    Plaintiffs,

Vs.

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
    Defendants.

Case No. CV2012-016047

Certificate of Service

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Anthony Scheffner, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Anthony Scheffner, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

                                               Jon Schira, Affiant

           $ 16.00 Service
           $  0.00 Mileage (0)
           $ 10.00 Processing Fee
           $ 26.00 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

MICHAEL.K. JEANES, CLERK
BY                    DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25  AM 11: 11

FILED
BY A. WILLIAMS, DEP

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, et al.,
    Plaintiffs,

Vs.

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
    Defendants.

Case No. CV2012-016047

Certificate of Service

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Maricopa County c/o Clerk of the Board of Supervisors, Fran McCarroll, by leaving true copies of the above listed documents with Kristina Kidd, Deputy Clerk, in person, who is authorized to accept service, at her usual place of business. Service effected at 301 W. Jefferson St., 10th Floor, Phoenix, AZ 85003 on October 23, 2012 at 2:57 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

Jon Schira, Affiant

$ 16.00 Service
$ 16.00 Mileage (01)
$ 25.00 Rush
$ 10.00 Processing Fee
$ 67.00 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

MICHAEL K. JEANES, CLERK
BY
DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 10

FILED
BY A. WILLIAMS, DEP

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
Father of Ernest Joseph Atencio, et al.,
      Plaintiffs,

                                  Case No. CV2012-016047

Vs.

                                  Certificate of Service

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
      Defendants.

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Ava Arpaio, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Ava Arpaio, at her usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

                                      Jon Schira, Affiant

                $ 16.00 Service
                $  0.00 Mileage (0)
                $ 10.00 Processing Fee
                $ 26.00 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

**FILED**

**BY A. WILLIAMS, DEP**

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, et al,
                    Plaintiffs,

Case No. CV2012-016047

Vs.

Certificate of Service

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
                    Defendants.

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Sheriff Joseph Arpaio, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Sheriff Joseph Arpaio, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

Jon Schira, Affiant

$ 16.00 Service
$  0.00 Mileage (0)
$ 10.00 Processing Fee
$ 26.00 Total

Best Messenger.Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

MICHAEL K. JEANES, CLERK
BY _____ DEP

RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM 11: 11

FILED

BY A. WILLIAMS, DEP

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
Father of Ernest Marty Atencio, et al.,
        Plaintiffs,

Vs.

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
        Defendants.

Case No. CV2012-016047

Certificate of Service

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Jason Weiers, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Jason Weiers, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

                                                    Jon Schira, Affiant

                      $ 16.00 Service
                      $ 16.00 Mileage (01)
                      $ 25.00 Rush
                      $ 10.00 Processing Fee
                      $ 67.00 Total

MICHAEL K. JEANES, CLERK
BY                        DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25  AM 11: 11
                    FILED

BY A. WILLIAMS, DEP

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
Father of Ernest Mary Atencio, et al.
    Plaintiffs,

Case No. CV2012-016047

Vs.

Certificate of Service

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
    Defendants.

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Jose Vasquez, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Jose Vasquez, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

Jon Schira, Affiant

$ 16.00 Service
$  0.00 Mileage (0)
$ 10.00 Processing Fee
$ 26.00 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

·MICHAEL K. JEANES. CLERK
BY                        DEP

RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

·12·OCT 25 AM II: 1.0'

FILED

BY A. WILLIAMS, DEP

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, et al.,
      Plaintiffs,

Case No. CV2012-016047

Vs.

Certificate of Service

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
      Defendants.

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Craig Kaiser, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Craig Kaiser, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

Jon Schira, Affiant

$ 16.00 Service
$  0.00 Mileage (0)
$ 10.00 Processing Fee
$ 26.00 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

MICHAEL K. JEANES, CLERK
.BY DEP

RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25 AM ll: l0

BY A. WILLIAMS, DEP

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, et al.,
      Plaintiffs,

Case No. CV2012-016047

Vs.

Certificate of Service

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
      Defendants.

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Christopher Foster, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Christopher Foster, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date:
October 24, 2012.

Jon Schira, Affiant

$ 16.00 Service
$   0.00 Mileage (0)
$ 10.00 Processing Fee
$ 26.00 Total

MICHAEL K. JEANES, CLERK
BY          DEP

RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 OCT 25  AM 11: 10

FILED

BY A. WILLIAMS, DEP

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Mary Atencio, et al,
    Plaintiffs,

Case No. CV2012-016047

Vs.

Certificate of Service

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
    Defendants.

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Adrian Dominguez, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Adrian Dominguez, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date:
October 24, 2012.

Jon Schira, Affiant

$ 16.00 Service
$  0.00 Mileage (0)
$ 10.00 Processing Fee
$ 26.00 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702


MICHAEL K. JEANES, CLERK
BY _____ DEP.
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY BY A. WILLIAMS, DEP
FILED

12·OCT 25 AM II: 10

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

ERNEST JOSEPH ATENCIO, surviving
father of Ernest Marty Atencio, et al,
      Plaintiffs,

Case No. CV2012-016047

Vs.

Certificate of Service

SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife, et al.,
      Defendants.

Jon Schira, being duly sworn states: That I am qualified to serve process in this matter, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration, from Michael C. Manning (Bar No. 016255) of STINSON MORRISON HECKER, LLP, on October 23, 2012, and I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were served in Maricopa County.

Service upon Jaime Carrasco, by leaving true copies of the above listed documents with Officer Osolin #B1744 in person, who stated that she is authorized to accept service on behalf of Jaime Carrasco, at their usual place of business. Service effected at 100 W. Washington, Ste. 1900, Phoenix, AZ 85003 on October 23, 2012 at 2:40 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: October 24, 2012.

                               Jon Schira, Affiant

           $ 16.00 Service
           $  0.00 Mileage (0)
           $ 10.00 Processing Fee
           $ 26.00 Total