Georgia A. Staton, Bar #004863
Elizabeth A. Gilbert, Bar #016498
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7854
gstaton@jshfirm.com

Attorneys for Defendants Arpaio, Carrasco,
Dominguez, Foster, Kaiser, Scheffner,
Vazquez and Weiers

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ERNEST JOSEPH ATENCIO, et al., | NO. 2:12-cv-02376-GMS |
| Plaintiffs, | **JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO RESET DEADLINES** |
| v. | |
| JOSEPH M. ARPAIO, et. al, | |
| Defendants. | |

The parties, through undersigned counsel, hereby provide notice that Plaintiffs and Defendants Maricopa County, Arpaio, Carrasco, Cranmer, Dominguez, Foster, Hatton, Kaiser, McLean, Scarpati, Vazquez and Weiers ("County Defendants") have reached a tentative agreement to resolve the case as to these Defendants.  The terms of the settlement must be formally approved by the Maricopa County Board of Supervisors in a public meeting.  The settlement will be presented to the Maricopa County Board of Supervisors at their March 7, 2018 meeting.  The City of Phoenix, Officers French and Hanlon remain as parties.

The current deadline to file the Proposed Joint Pretrial Order, Motions in Limine, Voir Dire, Joint Description of the Case and Jury Instructions is February 23, 2018.  The final pretrial conference is set for March 8, 2018 at 9 a.m.  The removal of the County Defendants from the case will significantly change the information that will need to be included in the Proposed Joint Pretrial Order, including the number and type of

exhibits, the witnesses, the voir dire questions and the jury instructions that will be submitted.  Therefore, the parties move the Court for an order resetting the final pretrial conference to a date after March 18, 2018.[1] The parties further move the Court for an order extending the deadline for their pretrial submissions to be due two weeks prior to the final pretrial conference.

Extending the deadlines will save the remaining parties, and the court, significant time and resources.

The parties are available, at the Court's convenience, for a telephonic status conference.

DATED this 14th day of February, 2018.

STINSON LEONARD STREET LLP


By/s/ Larry J. Wulkan (with permission)
Michael C. Manning
Larry J. Wulkan
1850 N Central Ave., Suite 2100
Phoenix, Arizona  85004-4584
Attorneys for Plaintiffs


JONES, SKELTON & HOCHULI, P.L.C.


By/s/ Elizabeth A. Gilbert
Georgia A. Staton
Elizabeth A. Gilbert
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Attorneys for Defendants Arpaio, Carrasco, Dominguez, Foster, Kaiser, Scheffner, Vazquez and Weiers

---

[1] The City Defendants are not available March 9-18, 2018 for attendance in the event the court resets the Final Pretrial Conference.

1                                      BROENING OBERG WOODS & WILSON

2

3                               By/s/ Sarah L. Barnes (with permission)

4                                   Sarah L. Barnes
                                  1122 E. Jefferson
                                  Phoenix, Arizona  85034

5                                   Attorneys for Defendant Hatton

6

7                               O'CONNOR & CAMPBELL, P.C.

8

9                               By/s/ Daniel O'Connor (with permission)

10                                   Daniel O'Connor
                                  Karen Stillwell

11                                   7955 South Priest Drive
                                  Tempe, Arizona  85284

12                                   Attorneys for Defendants Maricopa
                                  County, Cranmer, McLean, and Scarpati

13

14                               WEINEKE LAW GROUP, PLC

15

16                               By/s/ Kathleen L. Wieneke (with permission)
                                  Kathleen L. Wieneke

17                                   Christina G. Retts
                                  1095 W. Rio Salado Parkway, Suite 209

18                                   Tempe, Arizona  85281
                                  Attorneys for Defendants City of Phoenix,

19                                   Patrick Hanlon and Nicholas French

20 **CERTIFICATE OF SERVICE**

21        I hereby certify that on this 14th day of February, 2018, I caused the

22 foregoing document to be filed electronically with the Clerk of Court through the

23 CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

24 system.

25

26 /s/ Elizabeth A. Gilbert

27

28

6504904.1