IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Joseph Atencio, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　Defendants. | No. CV-12-02376-PHX-GMS<br><br>**ORDER** |

Pursuant to Defendants' Joint Notice of Tentative Settlement and Motion to Reset Deadlines (Doc. 520) and good cause appearing,

**IT IS HEREBY ORDERED** vacating the Final Pretrial Conference currently set for March 8, 2018 and resetting for **March 30, 2018 at 10:00 a.m.**

**IT IS FURTHER ORDERED** extending the deadlines as follows:

1. Joint Pretrial Order, Motions in Limine, Voir Dire, Joint Description of the Case, and Jury Instructions are due on or before **March 16, 2018**.

2. Responses to Motions in Limine are due on or before **March 23, 2018**.

Dated this 16th day of February, 2018.

_____
Honorable G. Murray Snow
United States District Judge