1  Kathleen L. Wieneke, Bar #011139
   Christina Retts, Bar #023798
2  WIENEKE LAW GROUP, PLC
   1095 West Rio Salado Parkway, Suite 209
3  Tempe, Arizona 85281
   Telephone: (602) 715-1868
4  Fax: (602) 455-1109
   Email: kwieneke@wienekelawgroup.com
5  Email: cretts@wienekelawgroup.com

6  *Attorneys for Defendants City of Phoenix,
   Patrick Hanlon and Nicholas French*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ernest Joseph Atencio, surviving father of Ernest Marty Atencio, individually and on behalf of the following statutory beneficiaries of Ernest Marty Atencio: Rosemary Atencio, surviving mother of Ernest Marty Atencio; Joshua Atencio, surviving son of Ernest Marty Atencio; Joseph Atencio, surviving son of Ernest Marty Atencio; Marty Atencio, Jr., surviving son of Ernest Marty Atencio; and Michael Atencio, Personal Representative of the Estate of Ernest Marty Atencio; and Rosemary Atencio, individually; Joshua Atencio, individually; Joseph Atencio, individually; and Marty Atencio, Jr., individually, <br>                    Plaintiffs, <br> v. <br> Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Maricopa County, a public entity; Jaime Carrasco and Olivia Carrasco, husband and wife; Adrian Dominguez and Samantha Dominguez, husband and wife; Christopher Foster and Michelle Foster, husband and wife; Anthony Hatton and Jaclyn Hatton, husband and wife; Craig Kaiser and Karen Kaiser, husband and wife; Jose Vazquez and Alma Vazquez, husband and wife; Jason Weiers and Melissa Weiers, husband and wife; Ian Cranmer, an unmarried man; William McLean and Kelly Clark, husband and wife; Monica Scarpati and Ariel Scarpati, wife and husband; City of Phoenix, a public entity; Patrick Hanlon, an unmarried man; Nicholas French, an unmarried man, <br>                    Defendants. | NO. 2:12-cv-02376-PHX-GMS <br><br> **JOINT NOTICE OF SETTLEMENT** |

Defendants City of Phoenix, Patrick Hanlon and Nicholas French, (hereinafter the "City Defendants"), and Plaintiffs, jointly notify the Court that they have reached a settlement of all claims remaining in this matter. As a result, the parties jointly request that the Court vacate all currently scheduled deadlines and the trial in this matter. The parties are currently preparing settlement documents and, upon the conclusion of that process, intends to submit a Stipulation for Dismissal with Prejudice to the Court.

DATED this 27th day of April, 2018.

WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
*Attorneys for Defendants City of Phoenix, Patrick Hanlon and Nicholas French*

STINSON LEONARD STREET LLP

By: */s/ Larry J. Wulkan (with permission)*
Michael C. Manning
Larry J. Wulkan
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Georgia A Staton:   gstaton@jshfirm.com
                    jgrisham@jshfirm.com
                    mlucero@jshfirm.com

Kathleen L Wieneke: kwieneke@wienekelawgroup.com
                    kpenny@wienekelawgroup.com
                    lpiasecki@wienekelawgroup.com

| | | |
|---|---|---|
| 1 | Eileen Dennis GilBride: | egilbride@jshfirm.com |
| 2 | | kgawel@jshfirm.com |
| 3 | Karen Stillwell: | karen.stillwell@occlaw.com |
| 4 | | caseadmin@occlaw.com |
| 5 | Daniel J O'Connor: | dan.oconnor@occlaw.com |
| 6 | | caseadmin@occlaw.com |
| 7 | Michael C Manning: | michael.manning@stinson.com |
| | | Kathleen.Kaupke@stinson.com |
| 8 | | cynthia.fischer@stinson.com |
| 9 | David J Don: | david.don@azbar.org |
| 10 | | filings@azcivilrights.com |
| 11 | Sarah Lynn Barnes: | slb@bowwlaw.com |
| 12 | | kel@bowwlaw.com |
| 13 | Lawrence J Wulkan: | Larry.Wulkan@stinson.com |
| | | Anne.Slawson@stinson.com |
| 14 | | Kathleen.Kaupke@stinson.com |
| 15 | Christina Gail Retts: | cretts@wienekelawgroup.com |
| 16 | | kpenny@wienekelawgroup.com |
| 17 | | lpiasecki@wienekelawgroup.com |
| 18 | Stefan Mark Palys: | stefan.palys@stinson.com |
| 19 | | cynthia.fischer@stinson.com |
| 20 | Elizabeth Ann Gilbert: | egilbert@jshfirm.com |
| | | bmichalet@jshfirm.com |
| 21 | | |
| 22 | Blair Hartwell Moses: | blair.moses@stinsonleonard.com |
| 23 | Jennifer Linda Allen | jennifer.allen@stinson.com |
| 24 | | linda.holder@stinson.com |

By:    */s/ Kim Penny*

3